# EXHIBIT B

## Portus v. Panasonic
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Panasonic |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Panasonic Corporation of North America provides a system for remote access of user premises networks located in respective user premises. |

For example, Panasonic Corporation of North America provides HomeHawk System (including camera, Access point) deployed within a home (user premises) and connects to HomeHawk app for remote monitoring/control of devices in the home.

**What is the HomeHawk?**

**Overview**

The Panasonic Home Monitoring Camera is a wireless network of devices that help you monitor your home. Its easy-to-use app allows you to stay in charge even when away from home.

Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | ## What kinds of devices are available? <br><br> ## Panasonic Home Monitoring Camera device lineup <br><br> The maximum number of camera devices for each type are listed below. <br> In order to use front door cameras and outdoor cameras, they must be connected to an access point <br><br> **Note:** <br> • Availability and release dates of devices and bundles may vary by region. <br> • Device appearance may vary by region. <br><br> **Devices for use with access points (KX-HNB700, KX-HNB705)** <br><br> **Access point (KX-HNB700, KX-HNB705)** <br> **Overview:** Access point (KX-HNB700, KX-HNB705) <br> **Setup:** Front door camera and outdoor camera setup (overview) <br> **Features:** Access point features (overview) <br><br> **Front door camera (KX-HNC700, KX-HNC705)** <br> **Overview:** Front door camera (KX-HNC700, KX-HNC705) <br> **Registration:** Registering front door cameras and outdoor cameras <br> **Features:** Front door camera and outdoor camera features (overview) <br><br> **Outdoor camera (KX-HNC710, KX-HNC715)** <br> **Overview:** Outdoor camera (KX-HNC710, KX-HNC715) <br> **Registration:** Registering front door cameras and outdoor cameras <br> **Features:** Front door camera and outdoor camera features (overview) <br><br> Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| |  Source: https://help.na.panasonic.com/smart-home/homehawk-outdoor-cameras/kx-hn1007w/ |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| |  Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control | The system includes a first network (Panasonic cloud services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ( Panasonic cloud services  to manage registering a phone/tablet directly to the access point, add device, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running HomeHawk app) |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | **HomeHawk System Setup Overview**<br><br>**There are 4 basic steps you need to perform in order to access the HomeHawk system from a mobile device.**<br><br>1. **Connections** - Connect your access point to a power outlet and to your wireless router.<br>2. **Download** - Download the [HomeHawk] app to your mobile device.<br>  • i Phone, iPad users Search for "Panasonic HomeHawk". iPad users should search in the "iPhone only" category.<br>  • Android™ device users Search for "Panasonic HomeHawk".<br>  • **Refer to "Where to download the HomeHawk software application."**<br>3. **Initial setup** setup - Use the [HomeHawk] app to register your mobile device to the access point.<br>  • **Refer to "Initial Seup of the HomeHawk App."**<br>4. **Register Devices -** Add more mobile devices (smartphones and tablets), or cameras to the system.<br>  • **Refer to "How to register additional devices to the access point."**<br><br>Source: https://help.na.panasonic.com/answers/homehawk-system-setup-overview |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
|  | ## Initial setup<br><br>Confirm the following before you begin.<br>– Make sure you have installed the **[HomeHawk]** app on your mobile device<br>– Make sure the access point and your wireless router are turned on and the access point's LED indicator is blinking quickly in amber or lit in green<br>– Make sure your access point and mobile device are connected to your wireless router<br>– Make sure your mobile device can connect to the Internet<br><br>**1** Start the **[HomeHawk]** app.<br> • The end-user license agreement is displayed the first time you start the app.<br>**2** Follow the on-screen instructions.<br>**3** Tap **[Access Point]**, wait for a while, and then follow the on-screen instructions.<br> • Perform the following according to the status of the access point's LED indicator.<br> – Lights in green: Tap the green lit button, and then go to step 4.<br> – Blinks in amber quickly: Tap the amber blinking button, and then connect the Ethernet cable to the access point and router. Next, follow the on-screen instructions. After waiting for a while, check the color of the LED indicator again.<br> – Blinks in green quickly: Tap the green blinking button, check if DHCP (Dynamic Host Configuration Protocol) is operating for the router, and then tap **[OK]**.<br>**4** When prompted, press **[SETUP]** on the access point.<br>**5** When prompted, set the password that will be used to log in to the access point while away from home and then tap **[OK]**.<br>**6** When prompted, enter a name for the access point (if necessary) and for your mobile device and then tap **[OK]**.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | ## Registering the cameras<br><br>The access point and cameras are pre-registered. If for some reason the cameras are not registered to the access point, the camera's LED indicator lights in amber for 5 seconds after turning the power on for the camera.<br>You can register each camera by using the registration buttons or the **[HomeHawk]** app.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (Access point) deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., LAN) to control network access (access your Camera). Each Access point is part of the user premises network and participates in network.<br><br><br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No.<br>8,914,526 | **Panasonic** |
|---|---|
| | ## Wireless communication range<br><br>The wireless communication range of each device in the system from the access point is approximately 100 m (up to 328 feet). Wireless communication may be unreliable when the following obstacles are located between the access point and other devices.<br>● Metal doors or screens<br>● Walls containing aluminum-sheet insulation<br>● Walls made of concrete or corrugated iron<br>● Double-pane glass windows<br>● Multiple walls<br>● When using each device on separate floors or in different buildings<br><br>**Note:**<br>● The access point cannot connect wirelessly to devices other than the front door camera or outdoor camera.<br>● The camera's LED indicator blinks slowly in red if it is out of range of the access point. In this case, confirm all connections, including those of the access point.<br>● The signal strength can be checked with the **[HomeHawk]** app. For more information, refer to the User's Guide (page 32).<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Panasonic cloud services network) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use HomeHawk app to connect Access point and Camera communicating with the Access point<br>HomeHawk cloud/app infrastructure initiates or causes cloud-to-hub/opener command/status communications when a user logs in, monitor/control a camera. |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|

**Features and Specifications - Smart Home - HomeHawk™ - Model KX-HNC1007, KX-HNC7001, KX-HNC7002, KX-HNC7003, KX-HNC7051, KX-HNC7052, KX-HNC715, KX-HNC710**

**Features and Specifications**

| Category | Feature | Specification |
|---|---|---|
| Units per Package | KX-HN1007 | 1 Front door Camera 2 Outdoor cameras |
| | KX-HN7001 | 1 Front door Camera |
| | KX-HN7002 | 1 Front door Camera 1 Outdoor cameras |
| | KX-HN7003 | 1 Front door Camera 2 Outdoor cameras |
| | KX-HN7051 | 1 Front door Camera |
| | KX-HN7052 | 1 Front door Camera 1 Outdoor cameras |
| Wireless Network | Standard | IEEE 802.11 a/ b/ g/ n |
| | Frequency | 2.412 GHz – 2.462 GHz 5.180 GHz – 5.320 GHz 5.500 GHz – 5.700 GHz 5.745 GHz – 5.825 GHz |
| | Encryption | WPA2-PSK (TKIP/ AES), WPA-PSK (TKIP/ AES), WEP (128/ 64 bit) |
| | Transmission range | Front door camera: Approximately 100 m (328 feet ) outdoors Outdoor camera: 30 m (100 feet) indoors 100 m (328 feet) outdoors Line-of-sight distance between cameras and the access point. |
| | Network requirements | Smart device, HomeHark App, Wi-Wi router connected to a Lan Network. |

Source:    https://help.na.panasonic.com/answers/features-and-specifications-smart-home-homehawk-model-kx-hnc1007-kx-hnc7001-kx-hnc7002-kx-hnc7003-kx-hnc7051-kx-hnc7052-kx-hnc715-kx-hnc710

**Accessing while away from home**

If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.

Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | HomeHawk app (located on the first network) operates as access-browser functionality to locate and retrieve information from Panasonic cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing devices such as lighting, fans) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by HomeHawk app acting as an access-browser client to devices (with URL selection/input implicit via the app UI).<br><br><br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (camera) is accessible by the first circuitry arrangement (HomeHawk app)<br><br>**Accessing while away from home**<br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | When a user accesses Panasonic cloud services (via UI selections that cause the client to access service URL/URI endpoints), Panasonic cloud services rely on authorization data (Password) to determine which added device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | To begin, simply start the **[HomeHawk]** app on your mobile device by tapping its icon (shown below).<br><br>To prevent unauthorized access to your devices, you may need to enter a system password. Whether or not you need to enter the system password depends on how your mobile device is connecting to your devices, as explained below.<br><br>**Accessing while at home**<br><br>If your mobile device is connected to the same wireless network as your devices, you do not need to enter the system password when connecting to your devices. This is because it is assumed that in this situation, anyone in your home who is using your mobile device is authorized to access your devices. Note that even when you are at home, you will need to enter the system password if your mobile device is not connected to the same wireless network as your devices. This could occur if your mobile device is connected to the Internet using its mobile network connection instead of your wireless network, or if your mobile device is connected to a different wireless network.<br><br>**Accessing while away from home**<br><br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new | Upon authorized access (e.g., using HomeHawk app to remote access devices, Panasonic cloud services establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect Leviton cloud services and the specific user premises network during the access/control transaction. |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | Upon remote user interaction (app), Panasonic cloud services communicate with the in-premises device over the network path to:<br>- send control commands (e.g., open, close light), and<br>- obtain device status/usage information;<br><br><br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br><br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [57I] using a web server, serves to the user access browser the information from the second circuitry | Using a web server(Panasonic cloud services server), serves to the user access browser (HomeHawk app) the information from the second circuitry arrangement of the determined user premises network; |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| arrangement of the determined user premises network; | <br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br><br>Remote access is presented in HomeHawk app as direct, immediate access to lights, fans (i.e., the user experiences the in-premises camera as accessible "while away from home").<br><br>**Accessing while away from home**<br><br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example. |

| U.S. Patent No. 8,914,526 | **Panasonic** |
|---|---|
| | Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Remote monitoring/control is performed through HomeHawk app, which displays devices state/controls derived from the devices, and accept user commands based on that displayed information.<br><br>**Using the home screen**<br>The [HomeHawk] app home screen is displayed when you start the app.<br><br><br><br>❶ Displays the settings menu    ❷ Shows the camera's name<br>❸ Selects the camera to be displayed at the top of the list    ❹ Shows the selected mode icon and displays the mode screen*1<br>❺ Shows the selected mode name    ❻ Displays the brightness settings for the light (floor cameras only)<br>❼ Displays the camera setting screen    ❽ Adjusts the brightness for the light (floor cameras only)<br>❾ Shows the camera's name<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |