# EXHIBIT D

**Portus v. Panasonic**
**Infringement Chart for U.S. Patent No. 9,961,097**

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| 1. A system for remote access of a user premises comprising: | Panasonic Corporation of North America provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Panasonic Corporation of North America provides HomeHawk System (including camera, Access point) deployed within a home (user premises) and connects to HomeHawk app for remote monitoring/control of devices in the home.<br><br>**What is the HomeHawk?**<br><br>**Overview**<br><br><br><br>The Panasonic Home Monitoring Camera is a wireless network of devices that help you monitor your home. Its easy-to-use app allows you to stay in charge even when away from home.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
| --- | --- |
| | # What kinds of devices are available?<br><br>## Panasonic Home Monitoring Camera device lineup<br><br>The maximum number of camera devices for each type are listed below.<br>In order to use front door cameras and outdoor cameras, they must be connected to an access point<br><br>**Note:**<br>● Availability and release dates of devices and bundles may vary by region.<br>● Device appearance may vary by region.<br><br>**Devices for use with access points (KX-HNB700, KX-HNB705)**<br><br>**Access point (KX-HNB700, KX-HNB705)**<br><br>**Overview:** Access point (KX-HNB700, KX-HNB705)<br>**Setup:** Front door camera and outdoor camera setup (overview)<br>**Features:** Access point features (overview)<br><br>**Front door camera (KX-HNC700, KX-HNC705)**<br><br>**Overview:** Front door camera (KX-HNC700, KX-HNC705)<br>**Registration:** Registering front door cameras and outdoor cameras<br>**Features:** Front door camera and outdoor camera features (overview)<br><br>**Outdoor camera (KX-HNC710, KX-HNC715)**<br><br>**Overview:** Outdoor camera (KX-HNC710, KX-HNC715)<br>**Registration:** Registering front door cameras and outdoor cameras<br>**Features:** Front door camera and outdoor camera features (overview)<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No.<br>9,961,097 | **Panasonic** |
|---|---|
| | <br><br>Source: https://help.na.panasonic.com/smart-home/homehawk-outdoor-cameras/kx-hn1007w/ |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser (user smartphones/tablets running HomeHawk app), a second hardware processing circuitry (Panasonic cloud services to manage registering a phone/tablet directly to the access point) located in a first network (Panasonic cloud services network) |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | ## HomeHawk System Setup Overview<br><br>## There are 4 basic steps you need to perform in order to access the HomeHawk system from a mobile device.<br><br>1. **Connections** - Connect your access point to a power outlet and to your wireless router.<br>2. **Download** - Download the [HomeHawk] app to your mobile device.<br><br>&bull; i Phone, iPad users Search for "Panasonic HomeHawk". iPad users should search in the "iPhone only" category.<br>&bull; Android™ device users Search for "Panasonic HomeHawk".<br>&bull; **Refer to "Where to download the HomeHawk software application."**<br><br>3. **Initial setup** setup - Use the [HomeHawk] app to register your mobile device to the access point.<br><br>&bull; **Refer to "Initial Seup of the HomeHawk App."**<br><br>4. **Register Devices -** Add more mobile devices (smartphones and tablets), or cameras to the system.<br><br>&bull; **Refer to "How to register additional devices to the access point."**<br><br>Source: https://help.na.panasonic.com/answers/homehawk-system-setup-overview |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| |  Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | Access point acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, access point is a connection gateway between Panasonic cloud services ( through LAN) and cameras  through wireless network. |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | **Access point (KX-HNB700, KX-HNB705)**<br><br><br><br>• Joins front door cameras and outdoor cameras together<br>• Connects to your wireless router with an Ethernet cable<br>• Supports SD card connection for recording video and audio from cameras<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
| --- | --- |

**Features and Specifications - Smart Home - HomeHawk™ - Model KX-HNC1007, KX-HNC7001, KX-HNC7002, KX-HNC7003, KX-HNC7051, KX-HNC7052, KX-HNC715, KX-HNC710**

**Features and Specifications**

| Category | Feature | Specification |
| --- | --- | --- |
| Units per Package | KX-HN1007 | 1 Front door Camera 2 Outdoor cameras |
| | KX-HN7001 | 1 Front door Camera |
| | KX-HN7002 | 1 Front door Camera 1 Outdoor cameras |
| | KX-HN7003 | 1 Front door Camera 2 Outdoor cameras |
| | KX-HN7051 | 1 Front door Camera |
| | KX-HN7052 | 1 Front door Camera 1 Outdoor cameras |
| Wireless Network | Standard | IEEE 802.11 a/ b/ g/ n |
| | Frequency | 2.412 GHz – 2.462 GHz 5.180 GHz – 5.320 GHz 5.500 GHz – 5.700 GHz 5.745 GHz – 5.825 GHz |
| | Encryption | WPA2-PSK (TKIP/ AES), WPA-PSK (TKIP/ AES), WEP (128/ 64 bit) |
| | Transmission range | Front door camera: Approximately 100 m (328 feet ) outdoors Outdoor camera: 30 m (100 feet) indoors 100 m (328 feet) outdoors Line-of-sight distance between cameras and the access point. |
| | Network requirements | Smart device, HomeHark App, Wi-Wi router connected to a Lan Network. |

Source:     https://help.na.panasonic.com/answers/features-and-specifications-smart-home-homehawk-model-kx-hnc1007-kx-hnc7001-kx-hnc7002-kx-hnc7003-kx-hnc7051-kx-hnc7052-kx-hnc715-kx-hnc710

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | ## Wireless communication range<br><br>The wireless communication range of each device in the system from the access point is approximately 100 m (up to 328 feet). Wireless communication may be unreliable when the following obstacles are located between the access point and other devices.<br>● Metal doors or screens<br>● Walls containing aluminum-sheet insulation<br>● Walls made of concrete or corrugated iron<br>● Double-pane glass windows<br>● Multiple walls<br>● When using each device on separate floors or in different buildings<br>**Note:**<br>● The access point cannot connect wirelessly to devices other than the front door camera or outdoor camera.<br>● The camera's LED indicator blinks slowly in red if it is out of range of the access point. In this case, confirm all connections, including those of the access point.<br>● The signal strength can be checked with the **[HomeHawk]** app. For more information, refer to the User's Guide (page 32).<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is | The second hardware processing circuitry (Panasonic cloud services) is external to the user premises, is accessible via the access browser module (user's phone/tablet (HomeHawk app)) and is configured to communicate on-demand with the connection gateway.<br><br>**Accessing while away from home**<br><br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example. |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| configured to communicate on-demand with the connection gateway; | Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Access point) is communicatively coupled to one or more networked components (cameras) of the local network of the user premises;<br><br>**Access point (KX-HNB700, KX-HNB705)**<br><br><br><br>● Joins front door cameras and outdoor cameras together<br>● Connects to your wireless router with an Ethernet cable<br>● Supports SD card connection for recording video and audio from cameras<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | # Expanding your camera |
| | **Outdoor camera (optional): KX-HNC710** |
| | You can expand your camera system by registering optional camera units (16 max.) to the access point. |
| | Source:                                                                 https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct | The system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network. URL/browser aspect is met by HomeHawk app acting as an access-browser client to devices (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | Source: https://apps.apple.com/us/app/homehawk/id1324939168<br><br>Begins a sequence in which the second hardware processing circuitry(Panasonic cloud services)   responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Panasonic cloud services)   and the at least one networked component (cameras) of the local network.<br><br>**Accessing while away from home**<br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Password)) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a device is added to an Access point, the Panasonic cloud services can remotely access that device for monitoring and control functions through HomeHawk app. |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | **HomeHawk System Setup Overview**<br><br>**There are 4 basic steps you need to perform in order to access the HomeHawk system from a mobile device.**<br><br>1. **Connections** - Connect your access point to a power outlet and to your wireless router.<br>2. **Download** - Download the [HomeHawk] app to your mobile device.<br>&bull; i Phone, iPad users Search for "Panasonic HomeHawk". iPad users should search in the "iPhone only" category.<br>&bull; Android™ device users Search for "Panasonic HomeHawk".<br>&bull; **Refer to "Where to download the HomeHawk software application."**<br>3. **Initial setup** setup - Use the [HomeHawk] app to register your mobile device to the access point.<br>&bull; **Refer to "Initial Seup of the HomeHawk App."**<br>4. **Register Devices** - Add more mobile devices (smartphones and tablets), or cameras to the system.<br>&bull; **Refer to "How to register additional devices to the access point."**<br><br>Source: https://help.na.panasonic.com/answers/homehawk-system-setup-overview |

Page 13 of 20

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|

## Initial setup

Confirm the following before you begin.
- Make sure you have installed the **[HomeHawk]** app on your mobile device
- Make sure the access point and your wireless router are turned on and the access point's LED indicator is blinking quickly in amber or lit in green
- Make sure your access point and mobile device are connected to your wireless router
- Make sure your mobile device can connect to the Internet

1 Start the **[HomeHawk]** app.
   - The end-user license agreement is displayed the first time you start the app.

2 Follow the on-screen instructions.

3 Tap **[Access Point]**, wait for a while, and then follow the on-screen instructions.
   - Perform the following according to the status of the access point's LED indicator.
     - Lights in green: Tap the green lit button, and then go to step 4.
     - Blinks in amber quickly: Tap the amber blinking button, and then connect the Ethernet cable to the access point and router. Next, follow the on-screen instructions. After waiting for a while, check the color of the LED indicator again.
     - Blinks in green quickly: Tap the green blinking button, check if DHCP (Dynamic Host Configuration Protocol) is operating for the router, and then tap **[OK]**.

4 When prompted, press **[SETUP]** on the access point.

5 When prompted, set the password that will be used to log in to the access point while away from home and then tap **[OK]**.

6 When prompted, enter a name for the access point (if necessary) and for your mobile device and then tap **[OK]**.

Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| | # Registering the cameras<br><br>The access point and cameras are pre-registered. If for some reason the cameras are not registered to the access point, the camera's LED indicator lights in amber for 5 seconds after turning the power on for the camera.<br>You can register each camera by using the registration buttons or the **[HomeHawk]** app.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
|  | To begin, simply start the **[HomeHawk]** app on your mobile device by tapping its icon (shown below).<br><br>To prevent unauthorized access to your devices, you may need to enter a system password. Whether or not you need to enter the system password depends on how your mobile device is connecting to your devices, as explained below.<br><br>**Accessing while at home**<br><br>If your mobile device is connected to the same wireless network as your devices, you do not need to enter the system password when connecting to your devices. This is because it is assumed that in this situation, anyone in your home who is using your mobile device is authorized to access your devices. Note that even when you are at home, you will need to enter the system password if your mobile device is not connected to the same wireless network as your devices. This could occur if your mobile device is connected to the Internet using its mobile network connection instead of your wireless network, or if your mobile device is connected to a different wireless network.<br><br>**Accessing while away from home**<br><br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located | The user premises is one of a plurality of user premises (the system can control several home), each home is a user premise. The access point is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  access point), and to each of which the second hardware processing circuitry (Panasonic cloud services) is configured to connect. |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | **Accessing while away from home**<br><br>If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example.<br><br>Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | The sequence further includes the second hardware (Panasonic cloud services) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device added to the access point can be accessed)<br><br>**Registering the cameras**<br><br>The access point and cameras are pre-registered. If for some reason the cameras are not registered to the access point, the camera's LED indicator lights in amber for 5 seconds after turning the power on for the camera.<br>You can register each camera by using the registration buttons or the **[HomeHawk]** app.<br><br>Source:                                                      https://help.na.panasonic.com/wp-content/uploads/2023/02/KXHN7001_HN7002_HN7003_PNQX8681YA_ENG_ESP.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, <br><br> The camera added to access point can be monitored/controlled remotely means, after added, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. <br><br> To begin, simply start the [HomeHawk] app on your mobile device by tapping its icon (shown below). <br><br>  <br><br> To prevent unauthorized access to your devices, you may need to enter a system password. Whether or not you need to enter the system password depends on how your mobile device is connecting to your devices, as explained below. <br><br> **Accessing while at home** <br><br> If your mobile device is connected to the same wireless network as your devices, you do not need to enter the system password when connecting to your devices. This is because it is assumed that in this situation, anyone in your home who is using your mobile device is authorized to access your devices. Note that even when you are at home, you will need to enter the system password if your mobile device is not connected to the same wireless network as your devices. This could occur if your mobile device is connected to the Internet using its mobile network connection instead of your wireless network, or if your mobile device is connected to a different wireless network. <br><br> **Accessing while away from home** <br><br> If your mobile device is not connected to the same wireless network as your devices, including situations when you are away from home, you will need to enter the system password when connecting to your devices. This is to prevent someone from using your mobile device to access your devices in the event that you lose your mobile device while away from home, for example. <br><br> Source: https://help.na.panasonic.com/wp-content/uploads/2023/02/HomeHawkApp_Users_Guide_CC1803YK9100_ENG.pdf |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (cameras) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored) by a user associated with the user premises, without requiring the user to provide the authentication data  Source: https://apps.apple.com/us/app/homehawk/id1324939168 |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (vedio) in the first network via the access browser module (HomeHawk app) |

| U.S. Patent No. 9,961,097 | **Panasonic** |
|---|---|
| the first network via the access browser module. | <br><br>Source: https://apps.apple.com/us/app/homehawk/id1324939168 |